# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**OBADIAH SAVOY DILLARD,**

    **Plaintiff,**

v.                                           **CASE NO. 5:12-cv-184-RS-EMT**

**DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 4). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as malicious.

3. The clerk is directed to close the file.

**ORDERED** on July 30, 2012.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**